UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBORAH TRIPOLI,

    Plaintiff,

v.                                                   Case No. 3:16-cv-1536-J-20MCR

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

    **THIS CAUSE** is before the Court on Defendant's "Notice of Settlement" (Dkt. 17, filed May 22, 2017) that indicates this matter has been completely resolved.  Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

    1.  This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days hereof, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

    2.  The Clerk is directed to **CLOSE** this case.

    **DONE AND ENTERED** at Jacksonville, Florida, this 30 day of May, 2017.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Nancy L. Cavey, Esq.
Wendy L. Furman, Esq.